UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISAIAH MOON JR

_____

(Enter above the full name of
plaintiff in this action)

v.

Vitro

_____

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: __1:26-cv 787__
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

MAR 27 2026

PER _____

DEPUTY CLERK

COMPLAINT

1. The plaintiff __ISAIAH MOON JR__ a citizen of

the County of __Dauphin__ State of

Pennsylvania, residing at __150 RADLE RD HARRISburg PA 17112__

wishes to file a complaint under __Title VII of THE Civil Rights__
(give Title No. etc.)
__Act of 1964 and 28 U.S.C § 1331__

2. The defendant is __Vitro__
__400 PARK Drive, Carlisle. PA 17015__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) __42. U.S.C $ 2000__

3. (CONTINUED) *Employment Discrimination and Harassment (Titell of The civil Rights Act of 1964) EEOC Right to Sue letter issued by The U.S Equal Employment Opportunity Commission*

4. WHEREFORE, plaintiff prays that *Respectfully requests That This Court enter judgment in The plaintiff Favor and award compensatory damages For employment discrimination and harassment, including emotional distress, Physical injury and pain and Suffering related To The Plaintiff left Shoulder injury, medical expenses, damages - in The amount $10 \times 10^6$ dollars*

_____
(Signature of Plaintiff)

ISAIAH MOON JR
(Printed Name of Plaintiff)

150 RADIE RD
HARRISBurg PA
17112
(Address of Plaintiff)

(717) 963-5152
(Phone Number of Plaintiff)

ISAIAH MOON JR.,

Plaintiff,

v. Civil Action No. 1:26 -CV -787

VITRO,

Defendant.

# COMPLAINT

Plaintiff **Isaiah Moon Jr.**, proceeding **pro se**, brings this action against Defendant **Vitro** and states as follows:

## I. JURISDICTION AND VENUE

1. This action arises under federal law, including **Title VII of the Civil Rights Act of 1964** and other rights protected and enforced by the **Equal Employment Opportunity Commission (EEOC)**.

2. This Court has jurisdiction pursuant to **28 U.S.C. §1331** because this action involves federal questions relating to employment discrimination and violations of federally protected rights.

3. Venue is proper in the **Middle District of Pennsylvania** because the unlawful employment practices complained of occurred within this district, including in or around **Carlisle / Boiling Springs, Pennsylvania**.

## II. PARTIES

4. Plaintiff Isaiah Moon Jr. is an adult resident of Harrisburg, Pennsylvania.

5. Defendant Vitro is a company doing business in Pennsylvania and is an employer within the meaning of federal employment discrimination laws.

## III. FACTUAL ALLEGATIONS

6. At all relevant times, Plaintiff **was employed by Defendant Vitro and remains employed by Defendant Vitro.**

7. During Plaintiff's employment, Plaintiff was subjected to conduct and treatment that violated rights protected under federal employment law.

8. Plaintiff filed a charge with the **Equal Employment Opportunity Commission (EEOC)** regarding the unlawful conduct.

9. The EEOC issued Plaintiff a **Notice of Right to Sue**, authorizing Plaintiff to bring this action in federal court.

10. Defendant's actions violated Plaintiff's rights under federal law and any **additional rights protected under statutes enforced by the EEOC.**

## IV. DAMAGES AND HARM

11. As a result of Defendant's conduct, Plaintiff has suffered **significant emotional distress and mental anguish.**

12. The unlawful actions created **substantial stress and anxiety**, which interfered with Plaintiff's daily life and ability to function normally.

13. The stress and emotional strain negatively impacted Plaintiff's ability to relax and function at home with family members.

14. Plaintiff suffered injury to his shoulder and continues to experience pain and suffering as a result of Defendant's actions, and has required medical treatment related to these injuries.

15. Plaintiff seeks compensatory damages for emotional distress, mental anguish, and the violation of federally protected rights.

16. Plaintiff does not seek lost wages or back pay in this action.

V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendant violated Plaintiff's rights under federal law;

B. Award compensatory damages for emotional distress and mental anguish;

C. Award damages in the amount of ten times ten to the sixth power ($10 \times 10^6$), or $10,000,000, for pain and suffering, physical injury to Plaintiff's shoulder, medical treatment, and related damages;

D. Award any other relief the Court deems just and proper;

E. Grant any additional remedies available under laws enforced by the EEOC.

VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Isaiah Moon Jr.
Plaintiff, Pro Se

Isaiah Moon Jr.

150 Radle Road

Date: 3/12/26

To: The Honorable Judge

United States District Court

Middle District of Pennsylvania

1500 N 6th Street

Harrisburg, PA 17101

Re: Pro Se Filing - Case

Dear Judge,

My name is Isaiah Moon Jr., and I am the plaintiff in this matter. I am filing this action prose and representing myself. I respectfully ask the Court to consider that I am not formally trained in legal procedures and that my filings may not strictly conform to all formal court requirements.

I did attempt to obtain legal representation; however, I was unable to find an attorney willing to represent me in this matter. Because of this,

I am pursuing this action due to discrimination and harassment I experienced while employed by Vitro, LLC. During my employment at this workplace, I was also injured, including an injury to my left shoulder while working there.

I respectfully request the Court's understanding and leniency in reviewing my submissions and pleadings. My goal is to present my case as clearly and accurately as possible, and I appreciate the Court's patience with my pro se status.

Thank you very much for your time and consideration.

Respectfully submitted,


Isaiah Moon Jr.

Pro Se Plaintiff

Phone: 717-963-5152

Email: rentmanhbg@gmail.com